**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| United States of America, | **Criminal No. 16-4 (PJS/SER)** |
| Plaintiff, | |
| v. | |
| Eddie West Crenshaw, | |
| Defendant. | **ORDER** |

---

Surya Saxena, Esq., United States Attorney's Office, Minneapolis, Minnesota, for Plaintiff.

Reynaldo A. Aligada, Jr., Esq., Office of the Federal Defender, Minneapolis, Minnesota, for Defendant.

---

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendant Eddie West Crenshaw's ("Crenshaw") Pretrial Motion to Suppress Fruits of Unlawful Arrest and Search and Seizure [Doc. No. 17] is **DENIED**; and

2. Crenshaw's Pretrial Motion to Suppress Statements [Doc. No. 18] is **DENIED** as moot.

Dated: 4/29, 2016

                                                      s/Patrick J. Schiltz
                                                      Patrick J. Schiltz
                                                      United States District Judge