UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 16-CR-0004 (PJS/SER) |
| Plaintiff, | |
| v. | ORDER |
| EDDIE WEST CRENSHAW, | |
| Defendant. | |

Defendant Eddie West Crenshaw is serving a 108-month sentence after pleading guilty to being a felon in possession of a firearm.  ECF Nos. 33, 70.  This matter is before the Court on Crenshaw's second motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i).[1]  ECF No. 99.  In his motion, Crenshaw makes the same arguments that he made in support of his first motion—namely, that his serious medical conditions and the 18 U.S.C. § 3553(a) sentencing factors both weigh in favor of his early release.  Nothing in Crenshaw's new submission persuades the Court that its previous denial of his motion for compassionate release was incorrect.  Therefore, the Court denies Crenshaw's motion.

---

[1]Crenshaw filed his first motion for compassionate release on August 13, 2020.  ECF No. 77.  The Court denied that motion on November 20, 2020.  ECF No. 95.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT Crenshaw's motion for a sentence reduction [ECF No. 99] is DENIED.

Dated: December 30, 2021

                                            Patrick J. Schiltz
                                            United States District Judge